AO 93 (mod. 5/14) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of: )
)
Information associated with email addresses ) Case No. 15-888 M (WJ)
cosma2k@gmail.com, and demsoft@gmail.com that are )
stored at premises controlled by Google, a company that )
accepts service of legal process at 1600 Amphitheatre )
Parkway, Mountain View, CA. )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property over which the Court has jurisdiction pursuant to Title 18, United States Code, Sections 2703 and 2711:

See Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seizure the person or property described above and that such search will reveal:

See Attachment B.

YOU ARE COMMANDED to execute this warrant ON OR BEFORE __June 19__ (not to exceed 14 days)
☑ in the daytime between 6:00 a.m. and 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __William E. Callahan, Jr._____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __June 5, 2015 at 9:35 Am__   _____William E Callahan_____
*Judge's signature*

City and State: __Milwaukee, Wisconsin__   William E. Callahan, Jr., U.S. Magistrate Judge
*Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return |||
|---|---|---|
| Case No: 15-888m | Date and time warrant executed: 6/5/2015 2:27pm | Copy of warrant and inventory left with: Google |
| Inventory made in the presence of: |||

Inventory of the property taken and/or name of any person(s) seized:

Contents of email accounts cosma2k@gmail.com, and demsoft@gmail.com obtained from Google Inc.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 1/3/2018

_____
Executing officer's signature

Lee Chertier Special Agent
_____
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: 1/3/2018

_____
United States Magistrate Judge

## ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with email addresses: cosma2k@gmail.com, and demsoft@gmail.com that are stored at premises controlled by Google, a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, CA.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Google (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a requests made under 18 U.S.C. § 2703(f) on December 11, 2011, and January 5, 2015, (**demsoft@gmail.com)** and on January 9, 2012, and January 5, 2015, (**cosma2k@gmail.com)**, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.    The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    The types of service utilized;

d.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.  All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken. Information to be seized by the government

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. §§ 1030 and 1037, those violations involving Dmitry Nijegorodtsev and occurring between January 2007, and September 2011, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a.  Communications related to sending spam email messages.

b.  Communications related to malware and/or computer viruses.

c.  Communications related to computer botnets.

d.  Communications related to Genbucks, Sancash, and Affking affiliate programs.

e.  Communications related to the iContact data breach;

f.  Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

g.  Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

h.  The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

i.  The identity of the person(s) who communicated with these email addresses about matters relating to the above-described offense conduct, including records that help reveal their whereabouts.